**Opinion issued February 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-24-00707-CV**

_____

**REISHA BERNARD, Appellant**

**V.**

**SOUTHFORK LAKE LLC DBA SOUTHFORK LAKE, Appellee**

**On Appeal from the County Court at Law No. 1 & Probate Court**
**Brazoria County, Texas**
**Trial Court Case No. CI67642**

## MEMORANDUM OPINION

Appellant's brief was due to be filed on November 7, 2024. On November 15, 2024, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief within 10 days of the date of the notice. Appellant did not respond.

Moreover, appellant has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 24-9047 (Tex. July 26, 2024). After being notified by letter issued on October 9, 2024 that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 42.3(c) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3, 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.